*JCJ*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NICOLE B.,individually and on          :
behalf of her son, N.B.,               :
                                       :
          Plaintiff,                   :     CIVIL ACTION
                                       :
     v.                                :
                                       :     NO. 16-cv-1457
THE SCHOOL DISTRICT OF                 :
PHILADELPHIA, et al.,                  :
                                       :
                                       :
          Defendants.                  :

**FILED**

**JUN 20 2016**

MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

**ORDER**

AND NOW, this  *14th*  day of June, 2016, upon consideration of

Plaintiff's Motion to Remand (Doc. No. 7), Defendants' Responses in

Opposition thereto (Doc. Nos. 10, 11, 13), and Plaintiff's Reply in

Further Support thereof (Doc. No. 16), it is hereby ORDERED that the

Motion to Remand is GRANTED, and the case is remanded in its

entirety to the Court of Common Pleas, Philadelphia County, under

the same Court Term and Number under which it was originally filed.

This transfer shall be effected by the filing of a certified copy of

the docket entries, pleadings, and other documents of record with

the Office of Judicial Records of the Court of Common Pleas,

Philadelphia County, and the Clerk is hereby authorized and directed

to transfer the record of this case to the Office of Judicial

Records of the Court of Common Pleas, Philadelphia County.

It is further ORDERED that Plaintiff is entitled to reasonable

attorney fees and costs incurred for the preparation and filing of

this Motion to Remand. Within fourteen (14) days of this Order,

Plaintiff is ordered to submit a motion for fees and expenses incurred.

BY THE COURT:

J. CURTIS JOYNER, J.

ENTERED

JUN 2 0 2016

CLERK OF COURT