IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE B., *individually and on behalf of her son, N.B.*, | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-cv-1457 |
| THE SCHOOL DISTRICT OF PHILADELPHIA, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this   23rd   day of February, 2017, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (Doc. No. 19), Defendant's Response in Opposition thereto (Doc. No. 22), Plaintiff's Reply in Further Support thereof (Doc. No. 23), Defendant's Motion for Leave to File Supplemental Response (Doc. No. 25), and Plaintiff's Response in Opposition thereto (Doc. No. 26), it is hereby ORDERED that:

(1) Plaintiff's Motion (Doc. No. 19) is GRANTED IN PART. Plaintiff is awarded **$19,894.50** in attorneys' fees and costs. Defendant shall pay said amount within twenty (20) days of the date of this Order.

(2) Defendant's Motion for Leave to File a Supplemental Response (Doc. No. 25) is GRANTED and deemed filed.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    J.